# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GREGORY M. KLOCH,** | ) | |
| | ) | **4:05CV3018** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **RANDY T. KOHL, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court *sua sponte.* On March 10, 2005, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to submit a written report of their meeting. **See** Filing No. 9. On March 30, 2005, the court granted the defendants' motion (Filing No. 12) to stay and ordered that the parties shall have thirty days from the date an order is filed on the pending motion to dismiss in which to file a planning report with the court. **See** Filing No. 14. On December 8, 2005, Chief Judge Joseph F. Bataillon ruled on the defendants' motion to dismiss. No report pursuant to Fed. R. Civ. P. 26(f) has been received by the court.

Accordingly,

**IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) **on or before January 20, 2006 or** show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED this 10th day of January, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge