## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREGORY M. KLOCH, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CV3018 |
| vs. ) | |
| ) | ORDER |
| RANDY T. KOHL, M.D., et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court following a telephone conference with counsel for the parties on March 27, 2006.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **April 28, 2006** at **10:00 a.m. Central Daylight Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 27th day of March, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge