IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREGORY M. KLOCH,  )<br>)<br>Plaintiff,  )<br>)<br>V.  )<br>)<br>RANDY T. KOHL, JOSEPH C. SCOTT  )<br>JR., ARTHUR A. WEAVER, KATHRYN  )<br>KAHLA, JOHN L. REED, GORDON D.  )<br>ADAMS, DAVID A. DRYBURGH,  )<br>MICHAEL A. SITORIUS, DEBRA J.  )<br>FORD, JON C. BRUNING, RICHARD  )<br>NELSON, RICHARD RAYMOND, and  )<br>SUCCESSORS OF THE FOREGOING  )<br>INDIVIDUALS,  )<br>)<br>Defendants.  )<br>) | 4:05CV3018<br><br>ORDER |

Before the court is plaintiff's motion for extension of time (filing no. 40) in which to respond to defendants' motion for summary judgment. For good cause shown, the motion will be granted.

IT IS ORDERED that plaintiff is given until June 7, 2006 to respond to defendants' motion for summary judgment.

DATED this 19th day of May, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge