**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| GREGORY M. KLOCH, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3018 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RANDY T. KOHL, M.D., et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's Motion to Compel and Motion for Enlargement of Time (Filing No. 42). As part of the motion, the plaintiff seeks an extension of time to respond to the defendants' Motion for Summary Judgment (Filing No. 36), until fourteen days after either the motion to compel is resolved or the defendants produce the required discovery, whichever is later. After initial review of the plaintiff's motion,

**IT IS ORDERED:**

1. The plaintiff's Motion to Compel and Motion for Enlargement of Time (Filing No. 42), is granted to the extent the plaintiff shall have until fourteen days after either the motion to compel is resolved or the defendants produce the required discovery, whichever is later, to respond to the defendant's Motion for Summary Judgment (Filing No. 36).

2. The defendants shall have to **on or before June 23, 2006**, to respond to the plaintiff's motion to compel (Filing No. 42). The plaintiff shall have to **on or before July 3, 2006**, to file any reply.

DATED this 8th day of June, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge