# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GREGORY M. KLOCH, M.D.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **4:05CV3018** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **RANDY T. KOHL, M.D., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the motion of Jennifer M. Tomka to withdraw as counsel for the defendants (Filing No. 47). The defendants will continue to be represented by Assistant Attorney General Michael J. Rumbaugh. The court finds good cause shown for the withdrawal of Ms. Tomka as counsel for the defendants pursuant to NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion to withdraw (Filing No. 47) is granted.

2. The Clerk of Court shall stop all electronic notices to Jennifer M. Tomka regarding this case.

DATED this 12th day of June, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge