IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREGORY M. KLOCH, ) | |
| ) | |
| Plaintiff, ) | 4:05CV3018 |
| ) | |
| V. ) | |
| ) | ORDER |
| RANDY T. KOHL, JOSEPH C. SCOTT ) | |
| JR., ARTHUR A. WEAVER, KATHRYN ) | |
| KAHLA, JOHN L. REED, GORDON D. ) | |
| ADAMS, DAVID A. DRYBURGH, ) | |
| MICHAEL A. SITORIUS, DEBRA J. ) | |
| FORD, JON C. BRUNING, RICHARD ) | |
| NELSON, RICHARD RAYMOND, and ) | |
| SUCCESSORS OF THE FOREGOING ) | |
| INDIVIDUALS, ) | |
| ) | |
| Defendants. ) | |

Before the court is plaintiff's unopposed motion for extension of time (Filing No. 57) in which to respond to defendants' motion for summary judgment (Filing No. 36). Plaintiff requests an extended deadline of November 22, 2006, as plaintiff's counsel has pending travel and other work obligations. Defendants filed a motion for summary judgment on April 27, 2006. Filing No. 36. Magistrate Judge Thalken previously granted plaintiff's motion for enlargement of time to respond to defendants' motion for summary judgment and extended the deadline to June 7, 2006. Filing Nos. 40, 41. On June 7, 2006, plaintiff filed a motion for extension of time which Magistrate Judge Thalken granted, thereby extending the deadline until fourteen days after either the motion to compel was resolved or the defendants produced the required discovery, whichever was later. Filing Nos. 42, 45. Magistrate Judge Thalken granted in part and denied in part plaintiff's motion to compel (Filing No. 42) on September 28, 2006, and extended plaintiff's deadline to respond to defendants' motion for summary judgment to October 30, 2006. Filing No. 55.

Based on the foregoing, the plaintiff's motion is granted in part; plaintiff is given until November 9, 2006, to respond, with the admonition that this is the last extension of time this court will grant concerning defendants' motion for summary judgment.

IT IS ORDERED that plaintiff is given until November 9, 2006 to respond to defendants' motion for summary judgment.

DATED this ___ day of October, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge