IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GREGORY M. KLOCH, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3018 |
| | ) | |
| V. | ) | |
| | ) | ORDER |
| RANDY T. KOHL, JOSEPH C. SCOTT JR., ARTHUR A. WEAVER, KATHRYN KAHLA, JOHN L. REED, GORDON D. ADAMS, DAVID A. DRYBURGH, MICHAEL A. SITORIUS, DEBRA J. FORD, JON C. BRUNING, RICHARD NELSON, RICHARD RAYMOND, and SUCCESSORS OF THE FOREGOING INDIVIDUALS, | ) | |
| | ) | |
| Defendants. | ) | |

Before the court is defendants' unopposed motion for extension of time (Filing No. 62) in which to respond to plaintiff's motion for partial summary judgment (Filing No. 59). The original deadline for defendants' response was November 29, 2006. The court grants defendants' request for an additional thirty (30) days to respond.

ACCORDINGLY, IT IS ORDERED that plaintiff is given until December 29, 2006 to respond to plaintiff's motion for partial summary judgment.

DATED this 29th day of November, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge