# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREGORY M. KLOCH, ) | |
| ) | 4:05CV3018 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| RANDY T. KOHL, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court following a planning conference with counsel on April 20, 2007. The plaintiff was represented by Sally A. Rasmussen and the defendants were represented by Michael J. Rumbaugh.  the parties agreed the remaining issues in this matter could be resolved on a stipulated record. Accordingly,

**IT IS ORDERED:**

1. **On or before May 25, 2007**, the parties shall file a stipulation of expected testimony and/or facts upon which the remaining issues in this matte rcan be resolved.

2. The plaintiff shall have to **on or before June 6, 2007**, in which to file a brief on the remaining issued.

3. The defendants shall have to **on or before June 15, 2007**, in which to file a brief in response.

4. The plaintiff shall have to **on or before June 22, 2007**, in which to file a reply brief, whereupon, the case shall be submitted for decision by the court.

DATED this 23rd day of April, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge